UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

-----------------------------------------------------------------X

CHELA CRANSHAW,

                Plaintiff,

      -v-

AXA REAL ESTATE INVESTMENT MANAGERS US, LLC ET AL,

                Defendants.

-----------------------------------------------------------------X

18-cv-9162 (LJL)

ORDER

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 2/28/2020

LEWIS J. LIMAN, United States District Judge:

      The Court is in receipt of Defendants' letter-motion to extend the discovery deadline and to permit discovery regarding Plaintiff's social media and four categories of documents (Dkt. No. 45). The Court is also in receipt of Plaintiff's letter response (Dkt. No. 46). After considering the motion, the response thereto, and the applicable law, IT IS HEREBY ORDERED that:

      Defendants' motion to extend time to complete expert discovery until May 29, 2020 is GRANTED. The status conference previously scheduled for May 5, 2020 shall proceed instead on June 17, 2020 at 4:00 p.m. in Courtroom 15C of the U.S. District Court for the Southern District of New York, 500 Pearl Street, New York, New York. The previously-set deadline for submitting a letter setting forth the basis for any anticipated summary judgment motion is RESET to June 3, 2020 and any opposition letter must be filed by June 10, 2020. The content and timing for any anticipated motions for summary judgment, as well as the timing for submission of a joint pretrial order, will be discussed at the June 17, 2020 conference.

      Defendants' request to permit discovery regarding Plaintiff's social media is DENIED.

      Defendants' request to permit discovery regarding the four categories of documents identified on Page 2 of Defendants' letter-motion is GRANTED.

      SO ORDERED.

Dated: February 28, 2020
       New York, New York

                                        LEWIS J. LIMAN
                                        United States District Judge