```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 6/30/2020
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------------------------------------X
                                                                     :
CHELA CRANSHAW,                                                      :
                                                                     :
                        Plaintiff,                                   :
                                                                     :    18-cv-9162 (LJL)
        -v-                                                          :
                                                                     :    ORDER
AXA REAL ESTATE INVESTMENT MANAGERS US,                              :
LLC ET AL,                                                           :
                        Defendants.                                  :
                                                                     :
---------------------------------------------------------------------X

LEWIS J. LIMAN, United States District Judge:

      As discussed at the status conference held today, Defendants shall file their motion for sanctions on September 28, 2020. Plaintiff's opposition is due November 9, 2020. Defendants shall file a reply by November 30, 2020.

      With respect to the summary judgment motion, the parties shall observe the following schedule. Defendants shall file their motion for summary judgment on September 28, 2020. On that same date, the parties shall file a joint Rule 56.1 statement. Plaintiff's opposition is due on November 9. Defendants' reply is due on November 30, 2020.

      Trial shall begin on May 10, 2021. The parties shall file their final pretrial order on April 30, 2021. The final pretrial conference is set for May 6, 2021 at 3:00 p.m.


      SO ORDERED.

Dated: June 30, 2020
      New York, New York
                                                     LEWIS J. LIMAN
                                                United States District Judge